Form G-3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION          DIVISION

| | | |
|---|---|---|
| In re: Vadim Mungiu | ) | Chapter 13 |
| | ) | |
| | ) | No. 23-07887 |
| | ) | |
| Debtor(s) | ) | Judge Timothy A. Barnes |

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on June 29, 2023, at 9:30 a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of Debtor [to/for] Extend Automatic Stay, a copy of which is attached.

    **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                              By: David Freydin

                                              Attorney for Debtor
                                              Law Offices of David Freydin
                                              8707 Skokie Blvd, Suite 312
                                              Skokie, Illinois 60077
                                              847.972.6157

**CERTIFICATE OF SERVICE**

I, David Freydin, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 16, 2023, at 5:00 p.m.

/s/ David Freydin
[Signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-07887<br>Northern District of Illinois<br>Eastern Division<br>Fri Jun 16 12:12:32 CDT 2023 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| BMO Harris Bank<br>Attn: Bankruptcy<br>Po Box 2035<br>Milwaukee, WI 53201-2035 | BMW Financial<br>5550 Britton pkwy<br>Hilliard, OH 43026-7456 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank/Best Buy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Client Services<br>3451 Harry S. Truman Blvd.<br>Saint Charles, MO 63301-9816 |
| Comdata<br>5301 Maryland Way<br>Brentwood, TN 37027-5028 | Costco Anywhere Visa Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2609 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Freight All Kinds, Inc.<br>c/o Teller Levit Silvertrust<br>19 S. LaSalle, Suite 701<br>Chicago, IL 60603-1431 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| Jonathan Neil and Assoc.<br>1600 Golf Rd.<br>Suite 1200<br>Rolling Meadows, IL 60008-4229 | Mercedes-Benz Financial Services<br>Attn: Bankruptcy Dept<br>Po Box 685<br>Roanoke, TX 76262-0685 | (p)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH ST<br>CHICAGO IL 60601-6433 |
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Tollview LLC<br>c/o Trout Downing LLC<br>134 N. LaSalle St, Suite 1840<br>Chicago, IL 60602-1100 |
| Treehouse of Schaumburg<br>2500 Brush Rd.<br>Schaumburg, IL 60173-3902 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank/RMS CC<br>Attn: Bankruptcy<br>Po Box 6351<br>Fargo, ND 58125-6351 |
| United Collection Bureau<br>5620 Southwyck Blvd, Suite 206<br>Toledo, OH 43614-1501 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | Vadim Mungiu<br>2513 Brush Road, Unit 202<br>Schaumburg, IL 60173-3920 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | Peoples Gas<br>Attn: Bankruptcy<br>200 East Randolph Street<br>Chicago, IL 60601 |
| US Bank<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | End of Label Matrix<br>Mailable recipients   28<br>Bypassed recipients    0<br>Total                 28 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 23 B 07887 |
| Vadim Mungiu | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor | ) | Chapter 13 |

**MOTION TO EXTEND AUTOMATIC STAY**

NOW COMES Vadim Mungiu, the Debtor, by and through his attorney, The Law Offices of David Freydin, and moves this Honorable Court to extend the automatic stay, and in support thereof states as follows:

1. That the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. That this case has not yet been confirmed by this Honorable Court.

3. That the Debtor requests this Honorable Court to extend the automatic stay pursuant to section 362 (c)(3)(A).

4. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case.

5. That the Debtor filed a prior Chapter 13, Case 20 B 03011, on February 2, 2020.

6. That the previous case was dismissed on April 20, 2023 for Failure to Make Plan Payments.

7. That due to a failed trucking business and a loss of income, the Debtor was unable to maintain payments to the Chapter 13 Trustee.

8. That despite his best efforts, the Debtor was unable to cure the default and the Chapter 13 Trustee dismissed his case on April 20, 2023.

9. That in the current case, the Debtor downsized his trucking business and is receiving a steady income and will be able to resume making Trustee payments along with his regular monthly expenses.

10. That the Debtor is in a position to proceed and has filed this case in good faith.

WHEREFORE, Vadim Mungiu, the Debtor, prays this Honorable Court for the following relief:

A. That this Honorable Court extend the automatic stay as for the reasons as set forth above;

B. For such other and further relief this Court deems just and proper.

Respectfully Submitted,

*/s/ David Freydin*
Attorney for Debtor
The Law Offices of David Freydin
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
847.972.6157